UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE DMCA SUBPOENA TO
GOOGLE LLC

                                                                                              **Case No.: 7:21-mc-486**

-------------------------------------------------------------------X

## ORDER GRANTING SUBPOENA

     This matter comes before the Court upon the ex parte application of movant Watch Tower Bible and Tract Society of Pennsylvania along with the Declaration of Paul D. Polidoro, Esq. and supporting documents for the signing of a Subpoena directing Google LLC to produce the identity of entities or persons believed to be infringing on the copyright of Watch Tower Bible and Tract Society of Pennsylvania.

     Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

     ORDERED that the clerk of this Court shall issue the Subpoena for Google LLC as sought by the movant.


DATED: _____               _____
                                                                               U.S. DISTRICT JUDGE